IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas, Gerald

Printed: 4/8/08

Case Number: 06 B 15531
Judge: Hollis, Pamela S
Filed: 11/28/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 936.45 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 885.88 |
| Trustee Fee: |  | 50.57 |
| Other Funds: |  | 0.00 |
| Totals: | 936.45 | 936.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 700.00 | 0.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,813.00 | 885.88 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 2,126.02 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 734.88 | 0.00 |
| 5. | B-Line LLC | Unsecured | 32.30 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 319.00 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 105.47 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 57.37 | 0.00 |
| 9. | Great Seneca | Unsecured | 73.55 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 34.96 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 22.47 | 0.00 |
| 12. | AmeriCash Loans, LLC | Unsecured | 31.37 | 0.00 |
| 13. | Ikeah Sullivan | Priority |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 7,050.39 | $ 885.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 50.57 |
|  | _____ |
|  | $ 50.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Thomas, Gerald | Case Number:  06 B 15531 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/8/08 | Filed:  11/28/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

